O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARY ANN PARKER,                          )    NO. EDCV 11-01763-MAN
                                          )
                Plaintiff,                )
                                          )    JUDGMENT
        v.                                )
                                          )
CAROLYN W. COLVIN,[1]                     )
Commissioner of Social Security,          )
                                          )
                Defendant.                )
_____ )

        Pursuant to the Court's Memorandum Opinion and Order,

        IT IS ADJUDGED that the decision of the Commissioner of Social
Security is reversed, and the cause is remanded for further proceedings
consistent with the provisions of the Memorandum Opinion and Order.


DATED:  March 26, 2013

                                        _____
                                              MARGARET A. NAGLE
                                        UNITED STATES MAGISTRATE JUDGE

---

[1]      Carolyn W. Colvin became the Acting Commissioner of the Social
Security Administration on February 14, 2013, and is substituted in
place of former Commissioner Michael J. Astrue as the defendant in this
action. (*See* Fed. R. Civ. P. 25(d).)